IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PROAMERICAN HOME IMPROVEMENTS, INC., and CONSTANCE REYES SHAHEEN,<br><br>　　　　　　Defendants. | **4:20CV3079**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Kenneth B. Grear, as counsel of record for Plaintiff, (Filing No. 6), is granted. Kenneth B. Grear shall no longer receive electronic notice in this case.

Dated this 16th day of July, 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge